JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | Case No. 2:21-cv-00298-AB-PLA |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| HOMAYOON SHAMOLIAN, in individual and representative capacity as trustee of the Homayoon and Janet Shamolian Trust; JANET SHAMOLIAN, in individual and representative capacity as trustee of the Homayoon and Janet Shamolian Trust; ELIAS NEMEH, | |
| Defendants. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  July 29, 2022

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.